B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re: Nadine Alice Walker, Debtor

Case No. 12-62899

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** RBS Citizens NA

**Court claim no. (if known):** 13

**Last four digits of any number you use to identify the debtor's account:** 5 6 0 2

**Date of payment change:** 03/01/14
Must be at least 21 days after date of this notice

**New total payment:** $ 770.36
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?
- ☐ No
- ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $ 303.16    New escrow payment: $ 264.92

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
- ☒ No
- ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %    New interest rate: _____ %

Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?
- ☒ No
- ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____    New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor. ☒ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ _/s/ [signature]_
Signature

Date 01/30/14

**Print:** Darrin Holland
First Name / Middle Name / Last Name

Title: Bankruptcy Specialist

Company: RBS Citizens NA

Address: 10561 Telegraph Rd
Number / Street
Glen Allen, VA 23059
City / State / ZIP Code

Contact phone: (804) 627-4000

Email: Darrin.Holland@RBSCitizens.com

# CERTIFICATE OF SERVICE

I, Darrin Holland, employee of RBS Citizens, NA certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That on January 30, 2014 I served the within <u>Notice of Mortgage Payment Change</u> on the below named at the address listed below, by depositing a true copy of the same enclosed in a post-paid, properly addressed wrapper under the exclusive custody of the United States Post Office Department in an official depository within the State of Virginia:

**RECIPIENTS:**

**US Bankruptcy Court**
**Eastern District of Michigan**
**211 West Fort Street**
**Detroit, Michigan 48226**

**David Wm Ruskin**
**26555 Evergreen Rd Ste 1100**
**Southfield, MI 48076-4251**

**Jesse R. Sweeney**
**30555 Southfield**
**Suite 400**
**Southfield, MI 48076**

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2014

Signature: _____
Name: Darrin Holland
Address: 10561 Telegraph Rd.
Glen Allen, VA. 23059

## 3270 Explorer: Escrow Analysis (ANA1)
### CCO MORTGAGE -- 293

**Loan Number:** ███████  **Borrower Name:** WALKER, NADINE A

```
ANA1   ███████        02/14        ESCROW ANALYSIS RESPA     01/29/14 13:20:21
NA WALKER       DUE 12/13      CONV RES MTH                    MAN B  BRANCH
37955 AMRHEIN, LIVONIA MI 48150                      LAST ANA 01/22/14 GROUP A
-------------------------------* LAST COMPLETED *------------------------------
TYP SQ EXPENSE ITEM     DUE    TM    PRESENT     NEXT DISB     NEW DEP
313    TOTAL                         215.61      2228.63       185.72
313 21 CITY TAX         08-14  12                1119.50
313 22 CITY TAX         12-14  12                1109.13
351    HAZARD INS       04-14  12    71.75        861.00        71.75

       SHORTAGE ADJ     00-00  48    15.80        357.70         7.45
                                                 ESCROW BAL             672.17
                                                 - REQUIRED           1,029.87
           P&I         505.44
    ESCROW PMT         257.47         29.89-     = SHORTAGE             357.70-
    +  SHORTAGE          7.45   48 MOS
           A&H            .00   EFFECTIVE DATE   MIN BAL ALLOWED    2.0000
          OTHER           .00        03-14       ESTIMATE PMT           .00
      TOTAL PMT        770.36         38.24-     CONTROL HDR RESPA   01/20/10
-------------------------------* ADDITIONAL MESSAGES *------------------------
-=SPOC=-                               PRESS PF14 FOR MEMOS
LIFE-OF-LOAN: LOSS MIT MOD PROCESSED.P&I,TERM,MATURITY DATE ADJSUTED
    LMUPDT:  UPDATE ON THE LOSS MITIGATION PROCESS
```